# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, T.H. CAMPBELL, T.J. STINSON**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**COMPTON A. SMITH**
**SERGEANT (E-5), U.S. MARINE CORPS**

**NMCCA 201500308**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 21 May 2015.
**Military Judge:** LtCol David Jones, USMC.
**Convening Authority:** Commanding General, Marine Corps Recruit Depot/Eastern Recruiting Region, Parris Island, SC.
**Staff Judge Advocate's Recommendation:** Capt C.J. Fuller, USMC.
**For Appellant:** Maj Emmett Collazo, USMCR.
**For Appellee:** Mr. Brian Keller, Esq.

**10 March 2016**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court